Leon J. MILLARD, Plaintiff in Error, v. MAXWELL MOTOR SALES CORPORATION, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
May 1, 1928.

No. 7836.

In Error to the District Court of the United States for the District of Nebraska; Joseph W. Woodrough, Judge.

Glenn N. Venrick, of Omaha, Neb. (Francis H. Mayo, of Omaha, Neb., on the brief), for plaintiff in error.

Harold R. Smith, of Detroit, Mich. (David A. Fitch, of Omaha, Neb., and Harry C. Bulkley, of Detroit, Mich., on the brief), for defendant in error.

Before WALTER H. SANBORN and BOOTH, Circuit Judges, and MUNGER, District Judge.

MUNGER, District Judge. This case presents no essential difference in facts from those presented in the case of John W. Towle v. Maxwell Motor Sales Corporation, 26 F.(2d) 209, decided this day. The cases were tried together, and a verdict in favor of the defendant was directed in each at the close of the plaintiff's evidence.

The judgment will be affirmed.